IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONNA HUMPHRIES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV00606 SWW |
| | * | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed.  Her race discrimination claims brought pursuant to Title VII and 42 U.S.C. § § 1981 and 1983 are dismissed with prejudice.  Her age discrimination claims and her state law claims are dismissed without prejudice.

DATED this 6th day of June 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE