IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA HUMPHRIES                                                            PLAINTIFF

v.                               Case No. 4:06-cv-606-DPM

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT                                                          DEFENDANT

## ORDER

Dr. Sharp, an expert testifying in this case, may bring in his cell phone or smart phone into the courthouse. His phone may be used as needed outside of any courtroom. When inside courtroom B155, his cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No phone or other device may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, Dr. Sharp should be as quiet as possible.

Dr. Sharp may also bring in his laptop computer. But he may only use it in the witness room. Dr. Sharp should be as quiet as possible when working with his computer. He may not use his computer in any courtroom.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 Dec. 2010