**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA HUMPHRIES**                                                                                    **PLAINTIFF**

**v.**                             **Case No. 4:06-cv-606-DPM**

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT**                                                                                    **DEFENDANT**

**ORDER**

The Court has discovered that parts of the docket sheet, and in particular some of the clerk's minutes, need to be clarified. The bench trial was not concluded on 26 August 2010. *Compare Document No. 186.* Instead, as the Court told the parties several times, the Court held the record open on validity (the bench-trial issue) through the jury phase. *E.g. Document No. 198 at pp.14-15.* And indeed the Court also heard validity-only evidence from Dr. Sharp outside the jury's presence during the jury phase. Therefore, the clerk's minutes are clarified to reflect what actually happened: the bench trial concluded on 3 December 2010 when all the proof on validity had been received by the Court, and the validity

issues were not submitted for decision until 3 December 2010.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>4 April 2011</u>